# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ASHLEY NICOLE TUTER, § | |
| § | |
| v. § | Civil Action No. 4:25-CV-00075 |
| § | (Judge Mazzant/Judge Durrett) |
| § | |
| PATRICK W. TUTER, § | |

### MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 21, 2025, the Magistrate Judge entered a Report (Dkt. #40) recommending that Plaintiff Ashley Nicole Tuter's Motion for Remand (Dkt. #17) be granted except as to attorney's fees, that the case be remanded to the 296th District Court of Collin County, Texas, that Goranson Bain Ausley PLLC, Kathryn F. Samler, John D. Roach, Jr., and the State of Texas be dismissed as Defendants, and that the remaining pending Motions (Dkt. #13; Dkt. #15; Dkt. #25; Dkt. #26; Dkt. #28; Dkt. #31; Dkt. #35; Dkt. #37) be denied as moot. No Party filed objections to the Report.

Accordingly, having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's Motion for Remand is **GRANTED**, except as to attorney's fees. It is further **ORDERED** that the case is **REMANDED** to the 296th District Court of Collin County, Texas. It is further **ORDERED** that Goranson Bain Ausley PLLC, Kathryn F.

Samler, John D. Roach, Jr., and the State of Texas are **DISMISSED** as Defendants. It is finally **ORDERED** that the remaining pending Motions Motions (Dkt. #13; Dkt. #15; Dkt. #25; Dkt. #26; Dkt. #28; Dkt. #31; Dkt. #35; Dkt. #37) are **DENIED AS MOOT**.

    **IT IS SO ORDERED.**

    SIGNED this 8th day of September, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE